OSCN Found Document:REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 REVOCATION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2016 OK 49
Decided: 05/02/2016
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2016 OK 49, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

 

ORDER

On February 15, 2016, this Court suspended the certificates of several certified shorthand reporters for failure to comply with the continuing education requirements for calendar year 2015 and/or with the annual certificate renewal requirements for 2016. See 2016 OK 21 (SCAD 2016-13).

The Oklahoma Board of Examiners of Certified Shorthand Reporters has advised that the court reporters listed below continue to be delinquent in complying with the continuing education and/or annual certificate renewal requirements, and the Board has recommended to the Supreme Court of the State of Oklahoma the revocation of the certificate of each of these reporters, effective April 15, 2016, pursuant to 20 O.S., Chapter 20, App. 1, Rules 20 and 23.

IT IS THEREFORE ORDERED that the certificate of each of the certified shorthand reporters named below is hereby revoked effective April 15, 2016.

 
 
 
 
 
 Christina Ogle
 
 
 
 
 CSR # 1088
 
 
 
 
 
 
 Norma Rico
 
 
 
 
 CSR # 1992
 
 
 
 
 
 
 Lisa Stockwell
 
 
 
 
 CSR # 1969
 
 
 
 
 
 
 Nikki Tate
 
 
 
 
 CSR # 1608
 
 
 
 
 
 
 Amy Taylor
 
 
 
 
 CSR # 1993
 
 
 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 2nd day of MAY, 2016.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 Oklahoma Supreme Court Cases
 Cite
Name
Level

 2016 OK 21, SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
Cited